IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ALICE L. SANDERS )
)
v. ) NO. 3-06-0587
) JUDGE CAMPBELL
USDA RURAL HOUSING, et al. )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 48) and Objections filed by the Plaintiff (Docket No. 49).

The Court has reviewed the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion to Dismiss (Docket No. 38) is GRANTED in part and DENIED in part. Any claims of discrimination occurring prior to June 4, 2004, are DISMISSED as time-barred. 15 U.S.C. § 1691e(f).

IT IS SO ORDERED.

                                                                                                                      TODD J. CAMPBELL
                                                                                                                      UNITED STATES DISTRICT JUDGE