IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ALICE L. SANDERS                             )
                                             )
v.                                           ) NO. 3-06-0587
                                             ) JUDGE CAMPBELL
USDA RURAL HOUSING, et al.                   )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 106), to which no Objections have been filed.[1]   The Court has reviewed the Report and Recommendation and the file.  The Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion for Summary Judgment (Docket No. 74) is GRANTED, and this action is DISMISSED.

The trial set for June 24, 2008, and the pretrial conference set for June 9, 2008, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1]     Plaintiff requested an extension of time in which to file her objection.  The Court granted that request and gave the Plaintiff until May 15, 2008, to file any objection.  Plaintiff has failed to file an objection.